Case 4:17-cv-00162   Document 33   Filed on 06/28/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GDS INTERNATIONAL, LLC, | § § | |
| Plaintiff, | § § | C.A. NO.: 4:17-cv-00162 |
| vs. | § § | JURY TRIAL DEMANDED |
| CALGARIG CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS the request of the Parties.

IT IS ORDERED, ADJUDGED, AND DECREED that all claims of Plaintiff against Defendant are dismissed with prejudice.

IT IS ORDERED, ADJUDGED, AND DECREED that all claims of Defendant against Plaintiff are dismissed with prejudice.

ITS ORDERED, ADJUDGED, AND DECREED that all costs are taxed against the party that bore them.

SIGNED on June  28 , 2018.

_____
EWING WERLEIN, JR
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

| HUGHES ARRELL KINCHEN LLP | DLA PIPER LLP (US) |
|---|---|
| By: */s/ John Kinchen* <br> John Kinchen <br> Federal ID No. 18184 <br> Texas Bar No. 00791027 <br> jkinchen@hakllp.com <br> Robert Lemus <br> Texas Bar No. 24052225 <br> rlemus@hakllp.com <br> 1221 McKinney, Suite 3150 <br> Houston, Texas 77010 <br> Telephone: 713.942.2255 <br> Facsimile: 713.942.2266 <br><br> ATTORNEYS FOR PLAINTIFF <br> LS ENERGY FABRICATION, LLC <br><br> And | By: */s/ Christina Ponig* <br> Christina E. Ponig <br> Texas Bar No. 24041706 <br> Federal Bar No. 600217 <br> 1000 Louisiana, Suite 2800 <br> Houston, Texas 77002 <br> Telephone: 713.425.8400 <br> Facsimile: 713.425.8401 <br> Christina.ponig@dlapiper.com <br><br> ATTORNEY FOR DEFENDANT <br> CALGARIG CORPORATION |